DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE L. MORLAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0849

[July 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 062009CF000821B88810.

Jorge L. Morlas, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***